# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: MAYNARD J. MCGEE                                              Case Number: 04-74916
514 ILLINOIS AVE.                 SSN-xxx-xx-1664
ROCKFORD, IL  61102

                                                    Case filed on:      10/4/2004
                                                    Plan Confirmed on:  12/3/2004
P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $21,561.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | ATTORNEY GARY C FLANDERS | 2,617.53 | 2,617.53 | 2,617.53 | 0.00 |
|  | Total Legal | 2,617.53 | 2,617.53 | 2,617.53 | 0.00 |
| 015 | SBC CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 206 | PREMIER BANKCARD | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | MAYNARD J. MCGEE | 0.00 | 0.00 | 122.18 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 122.18 | 0.00 |
| 001 | CENTRIX FINANCIAL LLC | 8,000.00 | 8,000.00 | 8,000.00 | 873.81 |
| 002 | ROCKFORD MERCANTILE AGENCY INC | 800.00 | 800.00 | 800.00 | 0.00 |
| 018 | MARTINA BUTTERWORTH | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 8,800.00 | 8,800.00 | 8,800.00 | 873.81 |
| 001 | CENTRIX FINANCIAL LLC | 5,284.06 | 5,284.06 | 5,284.06 | 0.00 |
| 002 | ROCKFORD MERCANTILE AGENCY INC | 108.00 | 108.00 | 108.00 | 0.00 |
| 003 | AMERICAN CASH-N-GO | 493.81 | 493.81 | 493.81 | 0.00 |
| 004 | SUPERIOR RECOVERY SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | PREMIER BANKCARD/CHARTER | 470.20 | 470.20 | 470.20 | 0.00 |
| 007 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | JESSICA MCGEE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | MARTINA BUTTERWORTH | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | MCI | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ADVANCE CASH EXPRESS | 335.00 | 335.00 | 335.00 | 0.00 |
| 012 | ROCKFORD MERCANTILE AGENCY INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ROCKFORD MERCANTILE AGENCY INC | 779.23 | 779.23 | 779.23 | 0.00 |
| 014 | ENCORE RECEIVABLE | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | SPRINT | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | T-MOBILE | 205.46 | 205.46 | 205.46 | 0.00 |
| 019 | JESSICA MCGEE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 7,675.76 | 7,675.76 | 7,675.76 | 0.00 |
|  | Grand Total: | 19,257.29 | 19,257.29 | 19,379.47 | 873.81 |

Total Paid Claimant:      $20,253.28
Trustee Allowance:        $1,307.72              Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:       100.00             discharging the trustee and the trustee's surety from any and all
                                                 liablility on account of the within proceedings, and closing the estate,
                                                 and for such other relief as is just.  Pursuant to FRBP, I hereby
                                                 certify that the subject case has been fully administered.

Report Dated:

                                                   /s/ Lydia S. Meyer
                                                 Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on  11/30/2007           By  /s/Heather M. Fagan